

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-14-00907-CR

Heriberto Alcala Munoz

v.

The State of Texas

Appealed from the 177th District Court of Harris County. (Tr. Ct. No. 1398821). Opinion delivered Per Curiam.

**TO THE 177TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on December 18, 2014, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion, appellant pay all costs incurred by reason of this appeal, and this decision be certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of the Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston , March 13, 2015.

**CHRISTOPHER A. PRINE, CLERK**